M. GOBLE & CO. v. MILLS.

No. 2465.   Opinion Filed January 7, 1913.

(129 Pac. 706.)

**APPEAL AND ERROR**—Dismissal—Failure to File Briefs.  A cause having been duly assigned for hearing, and being reached on the calendar in due course, no briefs having been filed as required by rule 7 (20 Okla. viii, 95 Pac. vi), the same will be dismissed.

(Syllabus by Sharp, C.)

*Error from District Court, Muskogee County;*
*Charles Bagg, Judge.*

Action by Belle Mills, by her next friend, Eliza Mills, against M. Goble & Co., a partnership composed of Charles Goble and Merritt Goble.  From a judgment in favor of plaintiff for $3,000, defendant brings error.  Dismissed.

*Davis & White,* for plaintiff in error.

*Robertson & Kean* and *W. W. Momyer,* for defendant in error.

Opinion by SHARP, C.  The petition in error, with case-made attached, was filed in this court on March 27, 1911.  The case was duly assigned for hearing at the December, 1912, term, and, being reached in due course on the calendar, it appears that no briefs have been filed as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi).  It follows that the appeal should be dismissed for want of prosecution.

By the Court:   It is so ordered.